# United States District Court

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Anthony Gresham

**CRIMINAL COMPLAINT**

Case Number:  1:26-MJ-0632

I, the undersigned complainant depose and say under penalty of perjury that the following is true and correct to the best of my knowledge and belief.  On or about June 5, 2026 in Fulton County, in the Northern District of Georgia, defendant did: commit an act of violence on a mass transportation system; possess ammunition as a convicted felon; and discharge a firearm during and in relation to a crime violence

in violation of Title 18, United States Code, Sections 1992(a)(7) and (b)(1), 922(g)(1) and 924(c)(1)(A)(iii).

I further state that I am a(n) Joshua Floyd and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.    Yes

*Joshua Floyd*
Signature of Complainant
Joshua Floyd

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

June 8, 2026                                      at   Atlanta, Georgia
Date                                                          City and State

REGINA D. CANNON
UNITED STATES MAGISTRATE JUDGE                *R. Cannon*
Name and Title of Judicial Officer                    Signature of Judicial Officer
AUSA Noah R. Schechtman
noah.schechtman@usdoj.gov

**FILED IN CHAMBERS**
**U.S.D.C ATLANTA**

Date: Jun 08 2026 _____

**KEVIN P. WEIMER** , Clerk
Emilia McManus
By: _____
Deputy Clerk

## <u>AFFIDAVIT IN SUPPORT OF ARREST WARRANT</u>

I, Joshua Floyd, hereby depose and say under penalty of perjury:

## <u>INTRODUCTION AND AGENT BACKGROUND</u>

1.      I am a Special Agent with the Federal Bureau of Investigation and have been since 2018. I am currently assigned to the Atlanta Field Division of the FBI and am currently assigned to the Violent Crime squad. I am responsible for apprehending fugitives and investigating violent crimes, including bank robberies, commercial business robberies, kidnappings, carjacking, firearms violations, and gang matters. I have received twenty weeks of training at the FBI Academy located in Quantico, Virginia.  I have received training on criminal organizations, bank robberies, criminal case management, financial investigations, money laundering investigations, informant development, and Title III (wiretap) investigations.  My investigations have involved the use of confidential sources ("CS"), sources of information ("SOI"), consensual monitoring, electronic and physical surveillance, telephone toll analysis, pole cameras, search warrants of cellular telephones and computers, Global Positioning System ("GPS") tracking, pen register and trap and trace devices, interviews, trash covers, and other investigative techniques.  I have conducted interviews on numerous persons involved in violent crimes. I am authorized to conduct investigations and make arrests for offenses contained in Titles 18 and 21 of the United States Code.

2.      This affidavit is made in support of a criminal complaint, authorizing the arrest of ANTHONY GRESHAM, for violations of 18 U.S.C. §§ 1992(a)(7) and (b)(1) (commission of an act of violence on a mass transportation system), 922(g)(1) (possession of ammunition by a conviction felon), and 924(c)(1)(A)(iii) (discharge of a firearm during and in relation to a crime of violence).

3.      This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all my knowledge about this matter.  The facts in this

affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE
### MARTA Background

4.      The Metropolitan Atlanta Rapid Transit Authority (MARTA) rail system is the singular rapid transit rail network operating in the greater Atlanta Metropolitan area, a location within the Northern District of Georgia. The MARTA rail system utilizes CQ400 heavy rail trains that are manufactured by Stadler, a company based in Switzerland. The rail car bodies are built in Europe and shipped to Stadler's U.S. facility in Utah where they are customized before they are sent to MARTA for use in the Atlanta Metropolitan area.

5.      MARTA operates 48 miles of rail and 38 stations over four distinct color-coded lines that intersect at various points. The Red Line runs from North Springs in Sandy Springs, through downtown Atlanta, to Hartsfield-Jackson International Airport. The Gold Line runs from Doraville through downtown Atlanta, to Hartsfield-Jackson International Airport. The Blue Line runs from Hamilton E. Holmes on the westside of Atlanta to Indian Creek on the eastside of Atlanta. The Green Line runs from Bankhead on the westside of Atlanta to Edgewood/Candler Park on the eastside of Atlanta.

6.      The MARTA train station that services Hartsfield-Jackson International Airport is within the airport itself. Hartsfield-Jackson International Airport is consistently known as the busiest airport in the world, serving over 100 million passengers annually, including over 45 million domestic inbound passengers, and over 7 million international inbound passengers. Immediately

2

after landing at Hartsfield-Jackson International Airport, passengers travel via MARTA to business meetings, events, hotels, and numerous other destinations as part of an ongoing stream of interstate and foreign commerce. These same passengers also use MARTA to return to Hartsfield-Jackson International Airport where they board flights home.

7.    MARTA trains generally operate from 5:00 am to 1:00 am on weekdays, and from 6:00 am to 1:00 am on weekends. Standard fare for MARTA trips is $2.50. Passengers can pay by tapping a debit or credit card at a faregate or by using a preloaded physical "Breeze" card.

8.    Roughly 80,000 passengers use MARTA trains each weekday, and over 30,000,000 passengers use MARTA yearly. MARTA train passengers include Metro Atlanta area workers, students, and tourists from throughout the United States and the world.

### Victim

9.    17-year-old J.E. was a passenger boarding a train at the Midtown Station around 7:00 p.m. on June 5, 2026. Before the train departed the station, J.E. was shot two times.

### Defendant

10.    The defendant, Anthony GRESHAM, is a 42-year-old man who has resided in Lithia Springs, GA in recent years.

### June 5, 2026 Shooting of J.E.

11.    Surveillance footage shows that on June 5, 2026, at approximately 6:54 p.m., GRESHAM stood up from a bench located outside the Midtown Marta station while placing his hand in a small single-strap bag. GRESHAM picked up the rest of his belongings and entered the Midtown MARTA station. GESHSAM attempted to tap into the station but realized that his card did not have funds. GRESHAM went to the Breeze card machine, reloaded his card, and went back to the gate to enter the station.

12. At approximately 6:55 p.m., J.E. arrived from the GA Tech Stingray bus and approached the gate at the Midtown MARTA station behind GRESHAM. GRESHAM looked back at J.E. after tapping into the MARTA station and J.E. tapped into the station shortly afterwards. GRESHAM entered the train platform first and J.E. entered shortly thereafter. When J.E. passed by GRESHAM, GRESHAM reached one hand inside of the one-strap bag and kept it there while looking at J.E. J.E. sat down on a bench and waited for the train to arrive.

13. At approximately 7:01 p.m., the Gold Line Train arrived at the Midtown MARTA station. J.E. boarded train car 296 and GRESHAM walked to the train car immediately behind the one J.E. entered. At approximately 7:02 p.m., while the train is still stopped at the station, GRESHAM turned around, walked to J.E.'s train car, pulled a pistol out of the one-strap bag, and fired three shots in J.E.'s direction, and fled the train station.

14. J.E. sustained gunshot wounds to his left hand and his left leg. J.E. called 911 and was transported to Grady Memorial Hospital.

15. GRESHAM was known to MARTA as result of a prior arrest for criminal damage to property in the second degree that occurred on June 23, 2025. MARTA officers retrieved body camera footage from the incident and compared the footage to the surveillance footage depicting the individual that shot J.E. They determined it was the same person.

16. I also viewed surveillance footage and a still photograph obtained from the shooting on June 5, 2026 and compared it to GRESHAM's license photograph and a photograph taken of GRESHAM by the Georgia Department of Corrections (GADOC). I believe it is the same person in all three photographs and in the surveillance footage.

17. Law enforcement recovered two shell casings from the shooting. At least one of them was a Winchester .380. I spoke with ATF Special Agent Corey Sullivan. SA Sullivan

4

informed me the Winchester .380 ammunition was manufactured outside the state of Georgia and possession of the ammunition in the state of Georgia affected interstate and/or foreign commerce.

**Criminal History**

18.    I reviewed GRESHAM's criminal history.  GRESHAM was convicted of at least the following felonies, crimes punishable by a term of imprisonment of at least one year:

a.  Robbery by force and theft by taking, on or about March 22, 2004, in the Superior Court of Fulton County;

b.  Burglary and theft by receiving stolen property, on or about March 22, 2004, in the Superior Court of Fulton County;

c.  Possession of cocaine with intent to distribute, on or about April 13, 2010, in the Superior Court of Newton County;

d.  Armed robbery and aggravated assault, on or about December 11, 2012, in the Superior Court of Douglas County.

According to the GADOC database, GRESHAM was last incarcerated within the GADOC from November 13, 2012 until October 3, 2024.

**<u>CONCLUSION</u>**

19.    Based on my training and experience, and the facts set forth in this affidavit, there is probable cause to believe that GRESHAM has committed violations of 18 U.S.C. §§ 1992(a)(7) and (b)(1) (commission of an act of violence on a mass transportation system), 922(g)(1) (possession of ammunition by a conviction felon), and 924(c)(1)(A)(iii) (discharge of a firearm during and in relation to a crime of violence).